IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00026-LTB

ERIK ELLISON,

    Plaintiff,

v.

RICK RAEMISCH,
DOCTOR BUTLER, Medical Dr., Sterling Correctional Facility, and
DR. RUDLOUSKAS, Medical Dr.,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 9, 2016, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 9 day of March, 2016.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/ A. García Gallegos
           Deputy Clerk